# United States District Court

WESTERN DISTRICT OF WASHINGTON

HOLLY J. WILSON

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5411RJB/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation (Dkt. 17) is **ADOPTED**; and

(2) the administrative decision is **AFFIRMED**.


| July 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

_s/CM Gonzalez_
Deputy Clerk